


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**JIMMIE SMITH, et al.,**

Plaintiffs,

Case No. 04-2569 D

vs.

**HOME DEPOT, U.S.A., INC.,**

Defendant.

**ORDER OF REFERENCE**

Before the court is Defendant's Motion to Continue Trial Date filed on July 19, 2005, in this case.

This matter is hereby referred to the United States Magistrate Judge for a Determination. Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days of the order. Further, all exceptions shall be stated with particularity.

**IT IS SO ORDERED** this 29 day of July 2005.

**BERNICE B. DONALD**
**UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02569 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Ronald L. Harper
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Thomas P. Cassidy
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Elissa M. Mulrooney
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable Bernice Donald
US DISTRICT COURT