IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 28 PM 4:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| JIMMIE SMITH and his wife, GEORGIANNA SMITH, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 04-2569-DV |
| HOME DEPOT USA, INC., | ) ) ) | |
| Defendant. | ) | |

ORDER ON PENDING MOTIONS

Before the court are the defendant's July 19, 2005 Motion for Modification of Scheduling Order (Docket No. 18) and July 19, 2005 Motion to File Amended Answer (Docket No. 12). During a status conference before Judge Donald on August 1, 2005, the parties indicated an agreed order on the pending motions would be submitted. No order having been received, the court now enters this order to indicate an agreement has been reached on the matters addressed in the motions, and the motions are denied as moot.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: September 27, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9/30/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02569 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Elissa M. Mulrooney
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Ronald L. Harper
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Thomas P. Cassidy
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT